**AMGEN INC., Plaintiff–Appellee,**

v.

**F. HOFFMANN–LA ROCHE LTD., Roche Diagnostics GMBH, and Hoffmann–La Roche Inc., Defendants–Appellants.**

No. 2008–1300.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2008.

Lloyd R. Day Jr., Day Casebeer Madrid & Batchelder LLP, of Cupertino, CA, argued for plaintiff-appellee. With him on the brief were David M. Madrid and Linda A. Sasaki–Baxley. Of counsel on the brief were Stuart L. Watt and Wendy A. White-

ford, Amgen Inc., of Thousand Oaks, CA; and Cecilia H. Gonzalez and Margaret D. MacDonald, Howrey LLP, of Washington, DC.

Leora Ben–Ami, Kaye Scholer LLP, of New York, NY, argued for defendants-appellants. With her on the brief were Thomas F. Fleming, Patricia A. Carson, Christopher T. Jagoe and Howard S. Suh. Of counsel on the brief were Lee Carl Bromberg and Julia Huston, Bromberg & Sunstein LLP, of Boston, MA. Of counsel were Daniel Forchheimer, Matthew McFarlane, and Krista M. Rycroft, Kaye Scholer LLP, of New York, NY; and Timothy M. Murphy, Krista M. Rycroft, Kimberly J. Seluga, and Keith E. Toms, Bromberg & Sunstein LLP, of Boston, MA.

Donald R. Ware, Foley Hoag LLP, of Boston, MA, for amicus curiae Biotechnology Industry Organization. With him on the brief were Barbara A. Fiacco and Jeremy A. Younkin. Of counsel on the brief was Hans Sauer, Biotechnology Industry Organization, of Washington, DC.

RADER, PLAGER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.